IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

(1) KFK, LLC, an Oklahoma Limited )
    Liability Company; and )
(2) KISHORE KUKKAMUDI, an )
    individual; )
     )
    Plaintiffs, )
     )   Case No.
v. )
     )
(1) PROGRESSIVE DIRECT )
    INSURANCE COMPANY; )
     )
    Defendant. )

## NOTICE OF REMOVAL

Defendant Progressive Direct Insurance Company ("Progressive Direct" or "Defendant"), pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and Rule 38(b) of the Federal Rules of Civil Procedure, files this Notice of Removal of this case from the District Court of Oklahoma County, Oklahoma, where this case is pending, to the United States District Court for the Western District of Oklahoma. In support of removal, Defendant states the following:

**1. Timeliness of Removal**

Plaintiffs commenced this action on June 3, 2026, filing their original Petition against Defendant in the District Court of Oklahoma County, Oklahoma. Defendant was served June 12, 2026. This removal was completed within 30 days of the service and therefore is timely under 28 U.S.C. § 1446(b). The docket sheet and a copy of all documents

filed or served in the Oklahoma County case are attached as Exhibit Nos. 1 – 4 as required by 28 U.S.C. § 1446(a).

## 2. Background

On or about January 5, 2023, a 2021 Tesla Model S, VIN 5YJSA1E60MF439408, owned by Plaintiff KFK, LLC, was reported stolen in Oklahoma City, Oklahoma. At the time of the reported loss, the vehicle was insured under an automobile policy issued by Progressive Direct. Plaintiffs made a claim for comprehensive/theft benefits under the policy (Claim No. 23-3251689). Progressive Direct denied the claim. Plaintiffs subsequently sued Progressive Direct in the District Court of Oklahoma County for breach of contract, alleging that the loss was covered under the policy and that Defendant wrongfully denied the claim. Progressive Direct denies Plaintiffs' allegations and maintains that it conducted a reasonable investigation and evaluation of Plaintiffs' claim and that its coverage determination was proper.

## 3. Diversity Jurisdiction

The basis for jurisdiction in this Court is diversity of citizenship under 28 U.S.C. § 1332(a). Removal is proper pursuant to 28 U.S.C. § 1441, *et seq.* At the time of removal, Plaintiff KFK, LLC was an Oklahoma limited liability company whose members are residents and citizens of the State of Oklahoma, and Plaintiff Kishore Kukkamudi was an individual residing in and a citizen of the State of Oklahoma. Defendant Progressive Direct is a foreign insurance company incorporated in Ohio with its principal place of business in Ohio. Therefore, it is an Ohio citizen for the purpose of diversity. Jurisdiction is conferred

upon this Court pursuant to 28 U.S.C. § 1332 as there is complete diversity between Plaintiffs and Defendant. Removal is proper pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.

**4. Amount in Controversy**

Defendant represents to this Court its good faith belief the amount in controversy is met because Plaintiffs' Petition demands judgment against Defendant in the amount of $114,500.00, together with reasonable and necessary costs and attorney fees. (Exhibit 1, Petition, Request for Relief.) The allegations of Plaintiffs' Petition establish the amount in controversy exceeds the amount required for diversity jurisdiction. 28 U.S.C. § 1446(c)(2).

**5. Notice to State Court**

Defendant will file a copy of this Notice of Removal with the Clerk of the District Court of Oklahoma County, Oklahoma.

JURY TRIAL DEMANDED

Respectfully submitted,

Wilson, Cain & Acquaviva
300 N.W. 13th Street, Suite 100
Oklahoma City, OK 73103
(405) 236-2600
(405) 236-2607 (Fax)

/s/ Tim D. Cain
Tim D. Cain, OBA No. 11779
timcain@swbell.net
Brett M. Stingley, OBA No. 31239
bretts@wcalaw.com
*Attorneys for Defendant*
*Progressive Direct Insurance Company*

**CERTIFICATE OF MAILING**

 X I hereby certify that on the 10th day of July, 2026, I electronically transmitted the attached document to the Clerk of the Court using the ECF Filing System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following registered participant(s) of the ECF System:

Richard R. Rice, OBA No. 15129
Rice Law Firm
1401 S. Douglas Blvd., Suite A
Midwest City, OK 73130
(405) 732-6000 / 737-7446 (Fax)
Rick@RiceLawFirm.net
Attorney for Plaintiffs

*/s/ Tim D. Cain*