# EXHIBIT 1

Petition

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

JUN - 3 2026

RICK WARREN
COURT CLERK

114_____

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

KFK, LLC, An Oklahoma Limited )
Liability Company; and KISHORE )
KUKKAMUDI, an individual; )
                 )
         Plaintiffs, )
                 )
          ) Case No.
v. )
                 )
PROGRESSIVE DIRECT )
INSURANCE COMPANY, )
                 )
         Defendant. )
                 )

**CJ - 2026 - 4595**

## PETITION

COME NOW, Plaintiffs KFK, LLC, and Kishore Kukkamudi, by and through their attorney of record, Richard R. Rice, and for their cause of action against Defendant Progressive Direct Insurance Company state as follows:

### *Jurisdiction and Venue*

1.  Plaintiff KFK, LLC is an Oklahoma Limited Liability Company with its principal place of business in Oklahoma County, State of Oklahoma.

2.  Plaintiff Kishore Kukkamudi is an individual residing in Oklahoma County, State of Oklahoma.

3.  Defendant Progressive Direct Insurance Company is an insurance company authorized to issue automobile insurance policies in Oklahoma County, State of Oklahoma, and at all relevant times, issued and/or underwrote the policy of insurance at issue in this matter.

4. At all relevant times, Defendant conducted business, issued insurance coverage, accepted premiums for the subject policy, investigated the subject claim, and made coverage determinations regarding a loss that occurred in Oklahoma County, State of Oklahoma.

5. Jurisdiction and venue are proper in this court.

### *Factual Allegations*

6. Plaintiffs incorporate the preceding paragraphs as though fully set forth herein.

7. On March 18, 2022, Plaintiffs purchased, owned, possessed, used, and/or otherwise acquired an insurable interest in a 2021 Tesla Model S, VIN 5YJSA1E60MF439408.

8. At all relevant times, the 2021 Tesla Model S was insured under a policy issued and/or underwritten by Defendant Progressive Direct Insurance Company.

9. The applicable policy included comprehensive coverage for sudden, direct, and accidental loss of a covered auto, including loss caused by theft or larceny, subject to the terms, conditions, limits, and deductible of the policy.

10. Plaintiffs paid premiums for the applicable coverage, and the subject policy was in full force and effect at the time of the loss.

11. On or about January 5, 2023, the Tesla Model S was stolen in Oklahoma City, Oklahoma.

12. The theft was reported to law enforcement and Defendant Progressive Direct Insurance Company.

13. Defendant assigned Claim No. 23-3251689 to the loss.

14. Plaintiffs cooperated with Defendant's investigation, provided information and documentation regarding the vehicle and the loss, and otherwise complied with all material obligations under the policy.

15. Defendant denied coverage for the claim.

16. Defendant's denial was improper and contrary to the coverage afforded under the policy.

17. The 2021 Tesla Model S was eventually recovered, but it had been stripped for parts and completely destroyed, resulting in a covered loss under the policy.

18. Despite demand, Defendant has failed and refused to pay the benefits owed to Plaintiffs under the policy.

19. As a direct and proximate result of Defendant's failure and refusal to pay the covered loss, Plaintiffs have sustained significant damages, including but not limited to the value of the covered loss, loss-related damages, interest, costs, attorney fees where recoverable, and all other damages allowed by law.

### Cause of Action – Breach of Contract

20. Plaintiffs incorporate the preceding paragraphs as though fully set forth herein.

21. A valid and enforceable insurance contract existed between the parties.

22. Plaintiffs performed all conditions required under the policy or such conditions were waived or excused.

23. The loss was covered under the policy issued by Defendant.

24. Defendant breached the insurance contract by wrongfully denying coverage and failing to pay the claim.

25. As a direct result of Defendant's breach, Plaintiffs suffered damages.

### *Request for Relief*

WHEREFORE, the above having been stated, Plaintiffs respectfully request that this Honorable Court enter judgment in their favor, and against Defendant, in the amount of $114,500.00 together with its reasonable and necessary costs and attorney fees, and such other necessary and proper relief as this Court deems just and equitable.

Respectfully Submitted,

RICHARD R. RICE, OBA #15129
*Rice Law Firm*
1401 S. Douglas Blvd., Ste. A
Midwest City, OK 73130
(405) 732-6000/ (405) 737-7446
Rick@RiceLawFirm.net

*ATTORNEY FOR PLAINTIFFS*

Attorney's Lien Claimed.

**Page 4 of 6**
*KFK, LLC, et al. v. Progressive Direct Insurance Company*
*Petition*

## <u>VERIFICATION</u>

STATE OF OKLAHOMA      )
                             ) SS:

COUNTY OF OKLAHOMA    )

Shahzaib Amjad, of lawful age, being first duly sworn upon his oath states:

That he is the owner of the above-named Plaintiff, that he has read the above and foregoing *Petition* and knows the contents thereof, and that the statements, allegations, and facts therein set forth are true and correct to the best of his information, knowledge and belief.

Shahzaib Amjad (Jun 1, 2026 01:54:53 GMT+5)

Shahzaib Amjad,
Owner of KFK, LLC

Subscribed and sworn to before me this \_\_1st\_\_ day of \_\_June\_\_\_\_, 2026.



NOTARY PUBLIC

(seal)

**Page 5 of 6**
*KFK, LLC, et al. v. Progressive Direct Insurance Company*
*Petition*

## VERIFICATION

STATE OF OKLAHOMA          )
                           ) SS:
COUNTY OF OKLAHOMA         )


Kishore Kukkamudi, of lawful age, being first duly sworn upon his oath states:

That he is the above-named Plaintiff, that he has read the above and foregoing *Petition* and knows the contents thereof, and that the statements, allegations, and facts therein set forth are true and correct to the best of his information, knowledge and belief.

Kishore Kukkamudi

Subscribed and sworn to before me this __1st__ day of __June__, 202__6__



(seal)

NOTARY PUBLIC

**Page 6 of 6**
*KFK, LLC, et al. v. Progressive Direct Insurance Company*
*Petition*