# EXHIBIT 2

Entry of Appearance

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

JUN - 3 2026

RICK WARREN
COURT CLERK

114 _____

| | | |
|---|---|---|
| KFK INVESTMENTS, LLC, | ) | |
| An Oklahoma Limited Liability | ) | |
| Company; KISHORE KUKKAMUDI, | ) | |
| individually; and AMJAD SHAHZAIB, | ) | |
| individually, | ) | |
| | ) | |
| | ) | CJ - 2026 - 4595 |
| Plaintiffs, | ) | Case No. |
| | ) | |
| v. | ) | |
| | ) | |
| PROGRESSIVE DIRECT | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

COMES NOW, Richard R. Rice, and hereby enters his appearance as attorney of record for Plaintiffs KFK Investments, LLC, Kishore Kukkamudi, and Amjad Shahzaib.

Respectfully submitted,

RICHARD R. RICE, OBA #15129
*Rice Law Firm*
1401 S. Douglas Blvd., Ste. A
Midwest City, Oklahoma 73130
(405) 732-6000 / 737-7446 - fax
Rick@RiceLawFirm.net

*Counsel for Plaintiffs*

Page 1 of 1
*KFK Investments, LLC, et al. v. Progressive Direct Insurance Company*
*Entry of Appearance*