# EXHIBIT 3

Return of Service

## IN THE DISTRICT COURT OF OKLAHOMA COUNTY
## STATE OF OKLAHOMA

| | |
|---|---|
| KFK, LLC, An Oklahoma Limited Liability Company; and KISHORE KUKKAMUDI, an individual; | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| PROGRESSIVE DIRECT INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) ) |

**FILED**
DISTRICT COURT
OKLAHOMA COUNTY, OKLAHOMA
June 15, 2026 12:45 PM
RICK WARREN, COURT CLERK
Case Number CJ-2026-4595

**Case No.: CJ-2026-4595**

## RETURN OF SERVICE

I certify that I mailed a copy of the *Petition, Summons,* and *Entry of Appearance* filed in this case at the address shown below by certified mail, return receipt requested, on the 9th day of June 2026, and receipt thereof on the date shown:

| Name | Address Where Served | Date Receipted |
|---|---|---|
| CT Corporation System - Registered Agent for Progressive Direct Insurance Company | 1833 S. Morgan Rd. Oklahoma City, OK 73128 | June 12, 2026 |

Respectfully Submitted,

RICHARD R. RICE, OBA #15129
*Rice Law Firm*
1401 S. Douglas Blvd., Ste. A
Midwest City, OK 73130
(405) 732-6000/ (405) 737-7446
Rick@RiceLawFirm.net

*ATTORNEY FOR PLAINTIFFS*

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CT Corporation System—
Registered Agent for Progressive
Direct Insurance Company
1833 S. Morgan Rd.
Oklahoma City, OK 73128

9590 9402 7970 2305 2217 98

2. Article Number *(Transfer from service label)*

9589 0710 5270 2455 9948 01

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  ☐ Agent
   ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery
   (500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                    Domestic Return Receipt